Shelton Holt

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

DynaServ Industries, Inc.

Javier Cortez

Jorge Castillo

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. Typically, the company or organization named in your charge to the Equal Employment Opportunity Commission should be named as a defendant. Addresses should not be included here.)*

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial: ☑ Yes ☐ No
*(check one)*

RECEIVED
OCT 15 2014
PRO SE OFFICE

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

✓ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
**NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

✓ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
**NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.*

_____ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_____ New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

_____ New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).

I. **Parties in this complaint:**

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name __Shelton Holt__
Street Address __177-21 105th Avenue__
County, City __Jamaica__
State & Zip Code __N.Y. 11433__
Telephone Number _____

B. List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant
Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

C. The address at which I sought employment or was employed by the defendant(s) is:

Employer __DynaServ__
Street Address __58-30 64th Street__
County, City __Maspeth__
State & Zip Code __N.Y. 11378__
Telephone Number __(718) 416-0250__

II. **Statement of Claim:**

State as briefly as possible the facts of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

_____ Failure to hire me.

_____ Termination of my employment.

_____ Failure to promote me.

_____ Failure to accommodate my disability.

__✓__ Unequal terms and conditions of my employment.

    ✓    Retaliation.

    ✓    Other acts *(specify)*: __Discrimination__.

    *Note:* Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

B.    It is my best recollection that the alleged discriminatory acts occurred on: __6/6/2014__.
    *Date(s)*

C.    I believe that defendant(s) *(check one)*:

    ✓    is still committing these acts against me.

    ___    is not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

    ☑ race __African American__    ☑ color __Black__

    ☐ gender/sex _____    ☐ religion _____

    ☐ national origin _____

    ☑ age. My date of birth is __July 4, 1959__ *(Give your date of birth only if you are asserting a claim of age discrimination.)*

    ☐ disability or perceived disability, _____ *(specify)*

E.    The facts of my case are as follow *(attach additional sheets as necessary)*: __Sheets Attached__

    *Note:* As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.

## III. Exhaustion of Federal Administrative Remedies:

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity/counselor regarding defendant's alleged discriminatory conduct on: __9/3/2014__ *(Date)*.

B. The Equal Employment Opportunity Commission *(check one)*:

___ has not issued a Notice of Right to Sue letter.

_✓_ issued a Notice of Right to Sue letter, which I received on __9/30/14__ *(Date)*.

*Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C. Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

_✓_ 60 days or more have elapsed.

___ less than 60 days have elapsed.

## IV. Relief:

**WHEREFORE**, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows:

- Dismissal of Supervisors named in complaint - Javier Cortez, Jorge Castillo
- $1,000,000.00 for pain and suffering, mental anguish and racial discrimination

*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _10th_ day of _October_, 20_14_

Signature of Plaintiff _[signature]_

Address _177-21 105th Avenue_
_Jamaica, N.Y. 11433_

Telephone Number _____

Fax Number *(if you have one)* _____

[Notary stamp: ARTHUR GOLDSTEIN, Notary Public - State of New York, No. 11-8843427, QUALIFIED IN KINGS COUNTY, My Commission Expires 8/31/2?]